UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD R. SINGH,<br><br>    Petitioner,<br><br>v.<br><br>JAMES ROBERTSON, Warden,<br><br>    Respondent. | Case No. 18-cv-07622-YGR (PR)<br><br>**ORDER DETERMINING THAT CASES ARE NOT RELATED** |

Respondent has filed an administrative motion to consider whether *Killens v. Anglea*, No. 19-cv-02621 DMR (PR), should be related to this case because the petitioners in this case and in *Killens* were tried together in state court. Although the petitioners were tried together, their federal habeas petitions raise different federal habeas claims. Also, some of Petitioner's claims in the instant matter appear to have a procedural problem (i.e., the alleged nonexhaustion of state court remedies for some of his claims) that may not exist for the petitioner in *Killens*. For these reasons, it does not "appear[] likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." N.D. Cal. Local Rule 3-12(a)(2). The Court therefore concludes that the cases are NOT RELATED within the meaning of Civil Local Rule 3-12.

This Order terminates Docket No. 17.

IT IS SO ORDERED.

Dated: September 18, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge