UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD R. SINGH,<br><br>        Petitioner,<br><br>   v.<br><br>J. ROBERTSON, Warden,<br><br>        Respondent. | Case No. 18-cv-07622-YGR (PR)<br><br>**JUDGMENT** |

    For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    IT IS SO ORDERED.

Dated: 12/11/2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge